ACCEPTED
01-15-00301-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/30/2015 6:04:35 PM
CHRISTOPHER PRINE
CLERK

**No. 01-15-00301-CV**

_____

<table>
<tr><td>

**IN THE
COURT OF APPEALS
FOR THE
FIRST SUPREME JUDICIAL DISTRICT
OF
TEXAS
AT HOUSTON, TEXAS**

</td><td>

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/30/2015 6:04:35 PM

CHRISTOPHER A. PRINE
Clerk

</td></tr>
</table>

_____

**DAVID M. DIGGS,
Appellant,**

**vs.**

**VSM FINANCIAL, L.L.C.,
Appellee.**

_____

**Appeal from the County Civil Court At Law No. 1
of Harris County, Texas**

_____

## UNOPPOSED MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

DAVID M. DIGGS, Appellant in this cause, moves the Court for an extension of time for filing Appellant's brief, and in support of said motion would respectfully show the Court the following:

## I.

This is an appeal from a Final Summary Judgment of the County Court At Law No. 1 of Harris County, Texas, which was signed on February 25, 2015. The appeal was perfected by the filing of a Notice of Limitation of Appeal on March 27, 2015.

## II.

If no extension of time is granted by this Court, the Brief of Appellant must be filed by the 24th day of June, 2015. No extensions of time have been granted previously by the Court concerning Appellant's brief.

## III.

A reasonable explanation of the need to file for more time for filing Appellants' brief exists, in that the date that the Clerk's Record was filed with this Court was inadvertently not correctly calendared. The fault is not intentional nor is it due to conscious indifference.

## IV.

An extension of time for filing Appellant's brief will not delay submission of this cause in its prescribed order, and no harm will result to the Appellee as a

result of an extension of time for filing briefs, in that this case has not been set for submission.

WHEREFORE, PREMISES CONSIDERED, Appellant requests that the Court enter an order extending the time for filing Appellant's brief to the 30th day of June, 2014.

Respectfully submitted,

WILLIE & ASSOCIATES, P.C.


By:/s/ Joseph R. Willie, II, D.D.S., J.D.
Joseph R. Willie, II, D.D.S., J.D.
4151 Southwest Freeway, Suite 490
Houston, Texas 77027
(713) 659-7330
(713) 599-1659 (FAX)
SBOT# 21633500
attyjrwii@wisamlawyers.com

ATTORNEY FOR APPELLANT
DAVID M. DIGGS

## CERTIFICATE OF CONFERENCE

I contacted opposing counsel, Dan G. Young, Esquire, concerning the disposition of this motion. Attorney Young is not opposed to the Court granting this motion.

/s/ Joseph R. Willie, II, D.D.S., J.D.
Joseph R. Willie, II, D.D.S., J.D.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via e-service to Dan G. Young, P.O. Box 420, Lubbock, Texas 79408, on the 30th day of June, 2015.

/s/ Joseph R. Willie, II, D.D.S., J.D.
Joseph R. Willie, II, D.D.S., J.D.